UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS, #403851,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW MOORE,<br><br>Defendant(s). | Case No. 19-cv-00402-CRB (PR)<br><br>**ORDER TO SHOW CAUSE** |

On January 23, 2019, while plaintiff was detained at the Humboldt County Correctional Facility (HCCF) in Eureka, California, he filed a <u>pro se</u> prisoner complaint for damages under 42 U.S.C. § 1983 alleging that on December 14, 2018 Fortuna Police Department Officer Mathew Moore unlawfully arrested and detained him.

On February 27, 2019, plaintiff filed a notice of change of address informing the court that he had been extradited to the State of Washington and was now in custody at the Washington Corrections Center (WCC) in Shelton, Washington.

But the court has confirmed that plaintiff is no longer in custody at WCC and has not received any communication from him since the February 27, 2019 notice of chance of address.

Good cause appearing therefor, plaintiff is ordered to show cause, within 14 days of this order, why this action should not be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: May 9, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATHEW MOORE,<br><br>　　　　Defendant. | Case No. 3:19-cv-00402-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter John Arendas ID: #403851
Washington Corrections Center F-202 Cell
P.O. Box 900
Shelton, WA 98584

Dated: May 9, 2019

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER