UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS,<br>　　　　Plaintiff,<br>　　v.<br>MATHEW MOORE,<br>　　　　Defendant(s). | Case No. 19-cv-00402-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On January 23, 2019, while plaintiff was detained at the Humboldt County Correctional Facility (HCCF) in Eureka, California, he filed a pro se prisoner complaint for damages under 42 U.S.C. § 1983 alleging that on December 14, 2018 Fortuna Police Department Officer Mathew Moore unlawfully arrested and detained him. On February 27, 2019, plaintiff filed a notice of change of address informing the court that he had been extradited to the State of Washington and was now in custody at the Washington Corrections Center (WCC) in Shelton, Washington.

On May 9, 2019, the court ordered plaintiff to show cause why this case should not be dismissed without prejudice. But the court's order to plaintiff came back as undeliverable.

To date, plaintiff has not filed any notice of a current address in this case. But he recently refiled his § 1983 complaint against officer Moore as a new case and made clear in that case that he is now in custody at the Shasta County Jail in Redding, California. See Arendas v. Moore, No. 19-cv-04039-CRB (N.D. Cal. filed July 15, 2019). Good cause appearing therefor, the instant case is DISMISSED and plaintiff's § 1983 complaint against officer Moore will proceed in case 19-cv-04039-CRB only. The clerk is directed to close the file in case 19-cv-00402-CRB.

**IT IS SO ORDERED**.

Dated: July 29, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS,<br><br>    Plaintiff,<br><br>v.<br><br>MATHEW MOORE,<br><br>    Defendant. | Case No. 3:19-cv-00402-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter John Arendas ID: #403851
Washington Corrections Center F-202 Cell
P.O. Box 900
Shelton, WA 98584

Dated: July 29, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER